McCloskey v. McCloskey, Appellant.

Submitted March 18, 1974. *Robert T. Gownley, Jr., Romwald Kenowski,* and *Gownley and Gownley,* and *Kenowski and Kenowski,* for appellant; *Warren R. Baldys, Jr.,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

July 18, 1974

Bazzoli v. Bazzoli, Appellant.

Argued June 12, 1974. *Kenneth Werner,* with him *David C. Patten,* and *Cadmus, Good & Patten,* for appellant; *Michael McShane,* with him *John B. Talierco,* and *Agulnick, Talierco & McShane,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a divorce in this case.

Brownley, Appellant, v. Gettysburg College et al.

Argued June 12, 1974. *Robert W. Geigley,* for appellant; *Lee C. Swartz,* with him *Hepford, Zimmerman & Swartz,* for appellee.

Order affirmed.